UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TIMOTHY MURPHY )<br>)<br>V.          )<br>)<br>SMITHFIELD PLUMBING & )<br>HEATING SUPPLY CO., INC. and )<br>FAMILY TREE, LLC )<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 1:21-CV-00197 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, SMITHFIELD PLUMBING & HEATING SUPPLY CO., INC. PURSUANT TO LOCAL RULE 7.1.1

Now Comes the Defendant, Smithfield Plumbing & Heating Supply Co., Inc. ("Smithfield") by and through its attorneys, Law Offices of John B. Schulte, and hereby submits the following disclosure statement in the above entitled matter.

Smithfield Plumbing & Heating Supply Co., Inc. ("Smithfield"), the filing party, hereby discloses that there is no parent corporation or any publicly held corporation that owns a 10% or more membership or stock interest in Smithfield.

Respectfully Submitted,

**Smithfield Plumbing & Heating Supply Co., Inc.**

By their Attorneys,
LAW OFFICES OF JOHN B. SCHULTE

Date: April 5, 2021

/s/ Nicholas J. Deleault
Nicholas J. Deleault, Esquire / NH Bar No. 18304
Two Bedford Farms Drive, Suite 202
Bedford, NH 03110
603-623-8413
(603) 623-8517 (Fax)
Nicholas.Deleault@libertymutual.com